William L. BUNNELL et al., etc., Appellants,

v.

Virginia Brooks Campbell GERARD, Indv., etc., et al., Appellees.

Court of Appeals of Kentucky.

Feb. 2, 1973.

Rehearing Denied March 23, 1973.

Herman E. Frick, William B. Cohen, Louisville, for appellants.

August Winkenhofer, Jr., Mortimer Viser, E. Preston Young, Louisville, Thomas P. Bell, Lexington, Alexander G. Booth, Louisville, Reginald L. Ayers, Bell, Orr, Ayers & Moore, Bowling Green, for appellees.

Opinion of the Court by Special Commissioner CLAY M. BISHOP, Affirming.*

KENTUCKY BAR ASSOCIATION, Complainant,

v.

PLEASURE LANDS, INC., and Larry Suiter, Individually, Respondents.

Court of Appeals of Kentucky.

Feb. 16, 1973.

Henry H. Harned, Director, Leslie G. Whitmer, Asst. Director, Kentucky State Bar Association, Frankfort, for appellant.

Memorandum Opinion PER CURIAM.*

KENTUCKY BAR ASSOCIATION, Complainant,

v.

CROPPIE HOLLOW DEVELOPMENT, INC., and Herbert Chitwood, Individually, Respondents.

Court of Appeals of Kentucky.

Feb. 16, 1973.

Henry H. Harned, Director Kentucky Bar Association, Leslie G. Whitmer, Asst. Director Kentucky Bar Association, Frankfort, for appellant.

Memorandum Opinion PER CURIAM.*

James R. YOCUM, Commissioner of Labor and Custodian of the Special Fund, Appellant,

v.

James T. PEARL et al., Appellees.

Court of Appeals of Kentucky.

Feb. 16, 1973.

Gemma M. Harding, Department of Labor, Louisville, for appellant.

Hugh D. Moore, R. Scott Plain, Owensboro, for appellees.

Memorandum Opinion Per Curiam, Reversing.*

* Opinion ordered not to be published.